**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIAN HU, | Case No. 2:25-cv-00320-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 1] |
| ARIA RESORT & CASINO LLC, et al., | |
| Defendant(s). | |

On February 18, 2025, Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. On February 25, 2025, Plaintiff paid the filing fee. Docket No. 4. Accordingly, the application to proceed *in forma pauperis* is **DENIED** as moot.

The Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket. Plaintiff must effectuate service within 90 days of this order. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: February 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge