UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIAN HU,<br><br>   Plaintiff(s),<br><br>v.<br><br>ARIA RESORT & CASINO LLC, et al.,<br><br>   Defendant(s). | Case No. 2:25-cv-00320-NJK<br><br>**Order**<br><br>[Docket Nos. 11, 12, 13, 14] |

  Plaintiff has filed several items related to service of subpoenas that appear to seek documents from Defendants. Docket Nos. 11, 12, 13, 14. As an initial observation, it is not clear that these subpoenas are properly served at this juncture. Discovery does not generally commence until <u>after</u> the defendants appear in a case and <u>after</u> the parties hold their Rule 26(f) discovery conference. *See, e.g.*, Fed. R. Civ. P. 26(d)(1). In addition, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents.

  IT IS SO ORDERED.

  Dated: March 13, 2025

                             _____
                             Nancy J. Koppe
                             United States Magistrate Judge