# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIAN HU,<br><br>  Plaintiff(s),<br><br>v.<br><br>ARIA RESORT & CASINO LLC, et al.,<br><br>  Defendant(s). | Case No. 2:25-cv-00320-NJK<br><br>**Order** |

On March 17, 2025, Plaintiff filed a motion to ratify prior discovery and permit early discovery. Docket No. 16. Now that Defendants have appeared in the case, *see* Docket No. 17, the Court ORDERS that a response to the motion to ratify prior discovery and permit early discovery must be filed by April 10, 2025.[1]

IT IS SO ORDERED.

Dated: March 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Nothing in this order alters the briefing schedule or requirements for the pending motion to dismiss. *See* Docket No. 17.

1