1   Lawrence J. Semenza, III, Esq., Bar No. 7174
    Email: ljs@semenzarickard.com
2   Katie L. Cannata, Esq., Bar No. 14848
    Email: klc@semenzarickard.com
3   SEMENZA RICKARD LAW
    10161 Park Run Drive, Suite 150
4   Las Vegas, Nevada 89145
    Telephone:  (702) 835-6803
5   Facsimile:   (702) 920-8669
6   *Attorneys for Defendants Aria Resort & Casino, LLC*
    *and MGM Resorts International*
7

8                **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10  JIAN HU, Pro Se,                    Case No.  2:25-cv-00320-NJK

11                      Plaintiff,      **SUBSTITUTION OF COUNSEL**

12  vs.

13
    ARIA RESORT & CASINO, LLC, MGM
14  RESORTS INTERNATIONAL, ROE
    BUSINESS ENTITITES I-X, DOES I-X,
15  inclusive.

16                      Defendants.

17

18          Defendants Aria Resort & Casino, LLC and MGM Resorts International (herein together

19  the "Defendants") respectfully request that Katie L. Cannata, Esq., with the law firm of Semenza

20  Rickard Law, be substituted as their counsel of record in the above-captioned matter in the place

21  and stead of Scott R. Pettitt, Esq.

22          DATED this 9th day of May, 2025.

23                          By: _Ashley Eddy., an authorized representative_
24                              ON BEHALF OF DEFENDANT ARIA RESORT &
                                CASINO LLC
25
                            By: _Ashley Eddy, an authorized representative_
26                              ON BEHALF OF DEFENDANT MGM RESORTS
                                INTERNATIONAL
27

28

*SEMENZA RICKARD LAW*
*10161 Park Run Drive, Suite 150*
*Las Vegas, Nevada 89145*
*Telephone: (702) 835-6803*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

## CONSENT TO SUBSTITUTION

Scott R. Pettitt, Esq.  hereby consents to the substitution of Katie L. Cannata,  Esq., with the law firm of Semenza Rickard Law, as attorney of record for Defendants in his place and stead.

DATED this 9th day of May, 2025.

/s/ Scott R. Pettitt, Esq.
Scott R. Pettitt, Esq., Bar No. 11682
6770 South Edmond Street, Third Floor
Las Vegas, Nevada 89118

I am duly admitted to practice in this District.  I hereby accept the above and foregoing substitution of counsel for Defendants Aria Resort & Casino, LLC and MGM Resorts International. All future communications and/or correspondence should be directed as follows:

SEMENZA RICKARD LAW
Katie L. Cannata, Esq.
Email: klc@semenzarickard.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

DATED this 9th day of May, 2025.

SEMENZA RICKARD LAW

/s/ Katie L. Cannata
Lawrence J. Semenza, III, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants Aria Resort & Casino, LLC and MGM Resorts International*

Please check one:  X  RETAINED, or ___APPOINTED BY THE COURT

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 9, 2025