UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIAN HU,

    Plaintiff(s),

v.

ARIA RESORT & CASINO LLC, et al.,

    Defendant(s).

Case No. 2:25-cv-00320-NJK

**Order**

[Docket Nos. 53, 54, 55 ]

On May 12, 2025, the Court ordered that discovery would be stayed on an interim basis pending resolution of Defendants' renewed motion to stay discovery. Docket No. 47 at 1-2. Plaintiff has filed a notice, which the Court construes as a motion for clarification as to whether this interim stay applies given that the motion to stay discovery was filed earlier than the date envisioned in the Court's earlier motion. Docket No. 55; *see also* Docket No. 51 (renewed motion to stay discovery). The Court hereby **CLARIFIES** that discovery is stayed on an interim basis pending resolution of Defendants' motion to stay discovery.

Also pending before the Court are Plaintiff's motions to compel and for sanctions. Docket Nos. 53, 54. As discovery is currently stayed on an interim basis, these motions are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1