UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIAN HU,<br><br>        Plaintiff(s),<br><br>v.<br><br>ARIA RESORT & CASINO LLC, et al.,<br><br>        Defendant(s). | Case No. 2:25-cv-00320-NJK<br><br>**Order** |

The Clerk's Office assigned this case to the undersigned magistrate judge with no assigned district judge. That assignment was made, presumably, as part of the consent opt-out program. *See* First Am. Gen. Order 2023-11. Unfortunately, the Clerk's Office did not issue the required advisements to the parties regarding their ability to opt-out of this program (*i.e.*, to have a district judge assigned to this case). *But see id.* at 2-3.

The Clerk's Office is **INSTRUCTED** to issue the required advisements regarding the ability to decline magistrate judge handling of this matter. The Court extends the opt-out timeframe to 21 days from today's date: June 11, 2025.

IT IS SO ORDERED.

Dated: May 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge