# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jian Hu,

    Plaintiff(s),

v.

Aria Resort & Casino LLC, et al.,

    Defendant(s).

Case No. 2:25-cv-00320-MMD-NJK

**Order**

[Docket Nos. 98, 99]

Pending before the Court are Defendants' motions to extend the deadline to respond to the amended complaint and to respond to the motion to reopen discovery. Docket Nos. 98, 99. Any response from Plaintiff to the motions to extend must be filed by noon on December 2, 2025.

IT IS SO ORDERED.

Dated: November 26, 2025

                                                    _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge