# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jian Hu,<br>　　　Plaintiff(s),<br>v.<br>Aria Resort & Casino LLC, et al.,<br>　　　Defendant(s). | Case No. 2:25-cv-00320-MMD-NJK<br>**Order**<br>[Docket Nos. 98, 99] |

　　Pending before the Court are Defendants' motions to extend the deadline to respond to the amended complaint and to respond to the motion to reopen discovery. Docket Nos. 98, 99. Plaintiff filed a response in opposition. Docket No. 103. Good cause has been shown for a seven-day extension. Accordingly, the motions to extend are **GRANTED** in part and **DENIED** in part. The deadlines to respond to the amended complaint and to the motion to reopen discovery are **EXTENDED** to December 12, 2025.

　　IT IS SO ORDERED.

　　Dated: December 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1