# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jian Hu, | Case No. 2:25-cv-00320-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 97, 101, 109, 112] |
| Aria Resort & Casino LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 109; *see also* Docket No. 108 (motion to dismiss). Plaintiff filed a response. Docket No. 125; *see also* Docket No. 123.[1] Defendants filed a reply. Docket No. 127. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2]

Accordingly, the Court **GRANTS** Defendants' motion to stay discovery. Docket No. 109. If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery schedule within 14 days of the issuance of the order resolving the motion to dismiss. In light of the ruling above, the Court also **DENIES** as moot Plaintiff's various discovery-related motions. *See* Docket Nos. 97, 101, 112.

IT IS SO ORDERED.

Dated: December 23, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.